O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CONWAY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV 08-06826 (RZ) <br><br> MEMORANDUM AND ORDER DISMISSING ACTION WITHOUT PREJUDICE |

The Court will dismiss this action for Plaintiff's failure to prosecute it and failure to respond at all, let alone satisfactorily so, to the Court's June 19, 2009 Order To Show Cause Re Dismissal For Failure To Prosecute. That Order explained the relevant background as follows:

> By the Court's Minute Order of March 9, 2009, Plaintiff was granted an enlargement of time to May 29, 2009 to file a Memorandum in Support of Plaintiff's Complaint. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.
>
> Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be

dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing of Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

The response deadline was July 13. As of July 24, Plaintiff has filed no response.

This action commenced over nine months ago. Plaintiff still has not filed the required brief in support of his challenge to the underlying denial of disability benefits – despite his receiving an extension of time to do so and, thereafter, a warning that effectively gave him yet another chance and extension of time to do so. The Court is solicitous of *pro se* litigants, but it has granted him every reasonable indulgence and is left with little alternative other than dismissal of the action for Plaintiff's failure to prosecute it.

The action hereby is DISMISSED WITHOUT PREJUDICE.

DATED: July 28, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE